**Denied and Opinion Filed November 21, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00905-CV**

## IN RE UNIVERSAL HEALTH SERVICES, INC., UHS OF DELAWARE, INC., HICKORY TRAIL HOSPITAL, L.P., Relators

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04290**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Boatright
Opinion by Justice Bridges

Before the Court is relators' petition for writ of mandamus in which they complain the trial court erred by denying their motion to dismiss and motion to strike real parties designated expert, Dr. William Reid and by granting real parties' motion for leave to designate an expert out of time. To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. Accordingly, we deny relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

180905F.P05